| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br>SLOVITER, DOLORES K. | 2. Court or Organization<br>United States Court of Appeals for the Third Cir. | 3. Date of Report<br>5/15/09 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>United States Circuit Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/08 ° 12/31/08 |
| 7. Chambers or Office Address<br>18614 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 18 A 11:06 RECEIVED FINANCIAL DISCLOSURE OFFICE

Sloviter_Dolores_K

| Name of Person Reporting | Date of Report |
|---|---|
| DOLORES K. SLOVITER | 5/15/09 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Annual Salary - 2008 | Temple University, Phila., PA | Salary $10,392 for 2008 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOLORES K. SLOVITER | 5/15/09 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOLORES K. SLOVITER | 5/15/09 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEE ATTACHED PAGES 1 to 10 | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. Description of Assets (Place "(X)" after each asset exempt prior disclosure) | B. Income during period | | C. Gross Value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | If not exempt from disclosure Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity from buyer/seller |
| AT&T - com. stock | D | Div. | M | T | | | | | |
| Beneficial Mutual Bancorp - com. stock | None | | J | T | | | | | |
| Comcast CMCSA - com. stock (held as Trustee) | None | | | T | Distributed to beneficiary as per trust | 4/29 | J | | None |
| Exelon - com. stock | C | Div. | M | T | | | | | |
| GE - com. stock | C | Div. | K | T | | | | | |
| IT&T Industries - com. stock | A | Div. | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001 to $2,500  C = $2,501 to $5,000  D = $5,001 to $15,000  E = $15,001 to $50,000  F = $50,001 to $100,000  G = $100,001 to $1 million  H = over $1,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001 to $50,000  L = $50,001 to $100,000  M = $100,001 to $250,000  N = $250,001 to $500,000  O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes:  Q = Appraisal  R = Cost (real estate only)  S = Assessment  T = Cash/market  U = Book value  V = Other  W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior dis- closure | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month- Day | Value Code² (J-P) | Gain Code¹ (A-H) | Iden- tity from buyer/ seller |
| HanesBrand, Inc. - com. stock | None | | J | T | | | | | |
| Hartford Fin. Services - com. stock | A | Div. | J | T | | | | | |
| PSEG | A | Div. | M | T | | 2/04 stock split | | | |
| Rayonier - com. stock | A | Div. | J | T | | | | | |
| Sara Lee - com. stock | A | Div. | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001 to $2,500
   C = $2,501 to $5,000  D = $5,001 to $15,000  E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes:  Q = Appraisal  R = Cost (real estate only)
   S = Assessment  T = Cash/market  U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | | If not exempt from disclosure | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller |
| Vanguard Mun. Bond Funds | Loss | Div. & cap. loss | P | T | see VIII | | | | |
| Vanguard Wind-sor II | E | Div. | N | T | see VIII | | | | |
| Vanguard Star Fund | C | Div. & cap. gain | K | T | | | | | |
| Vanguard 500 Index Fund | C | Div. | L | T | | | | | |
| Allegheny Higher Ed. 4.5%, '22 | A | Div. | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001 to $2,500
   C = $2,501 to $5,000  D = $5,001 to $15,000  E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes:  Q = Appraisal  R = Cost (real estate only)
   S = Assessment  T = Cash/market  U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. Description of Assets | B. Income during period | | C. Gross Value at end of period | | | D. Transactions during period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior disclosure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity from buyer/ seller |
| Bucks County W & S, 5%, '22 | A | Int. | J | T | | | | | |
| Chambersburg S.D., 4.6%, '25 | B | Int. | K | T | | | | | |
| Dauphin Cty., 4.4%, '19 | A | Int. | J | T | | | | | |
| Dauphin Cty., 4.5%, '26 | A | Int. | J | T | | | | | |
| Del. Pa. & NJ Riv., 5.4%, '14 | A | Int. | | T | Redeem | 1/02 | J | | None |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001 to $2,500
   C = $2,501 to $5,000  D = $5,001 to $15,000  E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes:  Q = Appraisal  R = Cost (real estate only)
   S = Assessment  T = Cash/market  U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | | If not exempt from disclosure | | |
| Place "(X)" after each asset exempt prior dis- closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month- Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden- tity from buyer/ seller |
| Del. Port Auth. - N.J. Port Auth., 5.2%, '25 | None | | K | T | Purch. | 10/09 | | | |
| Greater Johns- town, 5%, '19 | A | Int. | J | T | | | | | |
| Lower Merion S.D., 4.8%, '25 | A | Int. | K | T | | | | | |
| Lower Merion Twp. 5.125%, '18 | B | Int. | | T | Redeem | 5/15 | K | None | |
| Muhlenberg, PA, 5%, '23 | A | Int. | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
   S = Assessment   T = Cash/market  U = Book value   V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. Description of Assets | B. Income during period | | C. Gross Value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller |
| Northeastern York, 4.5%, '26 | B | Int. | K | T | | | | | |
| Pa. St. Higher Ed. Fac. Auth., 5.25%, '10 | A | Int. | J | T | | | | | |
| Penna. Inter-govt'l, 5 1/4%, '17 | A | Int. | J | T | | | | | |
| Penna., 5 3/4%, '18 | B | Int. | K | T | | | | | |
| Pa. Higher Ed., 6 1/8%, '10 | A | Int. | J | T | | | | | |

---

1. Income/Gain Codes:    A = $1,000 or less      B = $1,001 to $2,500
C = $2,501 to $5,000    D = $5,001 to $15,000     E = $15,001 to $50,000
F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:      J = $15,000 or less       K = $15,001 to $50,000
L = $50,001 to $100,000   M = $100,001 to $250,000 N = $250,001 to $500,000
O = $500,001 to $1,000,000    P = over $1,000,000

3. Value Method Codes:   Q = Appraisal    R = Cost (real estate only)
S = Assessment      T = Cash/market   U = Book value   V = Other
W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A.<br><br>Description of Assets<br><br><br><br>Place "(X)" after each asset exempt prior dis-closure | B.<br><br>Income during period<br><br><br>Amt. Code¹ (A-H) | <br><br><br><br><br>Type (e.g., div.) | C.<br><br>Gross Value at end of period<br><br>Value Code² (J-P) | <br><br><br><br><br>Value Method Code³ (Q-W) | D.<br><br>Transactions during period<br><br>Type (e.g., sold) | <br><br><br>If not exempt from disclosure<br>Date: Month-Day | <br><br><br><br>Value Code² (J-P) | <br><br><br><br>Gain Code¹ (A-H) | <br><br><br><br>Iden-tity from buyer/ seller |
|---|---|---|---|---|---|---|---|---|---|
| Pa. Turnpike, 5% '23 | A | Int. | J | T | | | | | |
| Pa. Turnpike, 5%, '23 | A | Int. | J | T | | | | | |
| Pa. 4th Series, 4.5%, '24 | A | Int. | K | T | | | | | |
| Pa. Turnpike, 4.75%, '27 | A | Int. | J | T | | | | | |
| Pa. First Series B, 4.375%, '27 | B | Int | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001 to $50,000
   L = $50,001 to $100,000 M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes: Q = Appraisal   R = Cost (real estate only)
   S = Assessment   T = Cash/market U = Book value   V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior disclosure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity from buyer/ seller |
| Pa. St. Pub. Sch. Bldg., 4.3%, '27 | A | Int. | J | T | | | | | |
| Pa. First Series B/E, 4.375, '28 | B | Int. | K | T | Purch. | 5/21 | | | |
| Phila. Parking, 5.125%, '24 | A | Int. | J | T | | | | | |
| Pittsburgh, 5%, '21 | A | Int. & cap. gain | | T | Redeem | 9/2 | J | | |
| Reading, 4.45% '27 | None | | K | T | Purch. | 7/18 | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
   S = Assessment   T = Cash/market  U = Book value   V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller |
| Reading S.D., 4.75%, '38 | None | | K | T | Purch. | 9/8 | | | |
| Somerset S.D., 4.2%, '22 | A | Int. | K | T | | | | | |
| Southeast Delco S.D., 4.30%, '26 | A | Int. | K | T | | | | | |
| Springfield, 5.2%, '17 | A | Int. | J | T | | | | | |
| Susquehanna Twp. Auth. Pa., 6%, '13 | A | Int. | J | T | | | | | |

---

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
   S = Assessment   T = Cash/market  U = Book value   V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | C. | D. |
|---|---|---|---|
| Description of Assets | Income during period | Gross Value at end of period | Transactions during period |

| A.<br><br>Place "(X)" after each asset exempt prior dis-closure | B.<br>Amt. Code[1] (A-H) | Type (e.g., div.) | C.<br>Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | D.<br>If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/seller |
| Upper Dublin, 5%, '14 | A | Int. | | T | Redeem | 6/30 | J | | None |
| Wachovia Accts. | A | Int. | K | T | | | | | |
| Temple University Charitable Gift Annuity | A | Int. | K | T | | ... | | | |
| Univ. of Pennsylvania Charitable Gift Annuity | A | Int. | K | T | Purch. | 6/5 | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001 to $2,500
   C = $2,501 to $5,000  D = $5,001 to $15,000  E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes:  Q = Appraisal  R = Cost (real estate only)
   S = Assessment  T = Cash/market  U = Book value  V = Other
   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DOLORES K. SLOVITER | 5/15/09 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The Vanguard Municipal Bond Funds in VII have checking account features and were used for various transactions throughout the year.

My prior listings in VII of Greater Johnstown, 5% bond noted the maturity date as '08. I have just noticed that '08 was the first call date and have corrected the maturity date to '19.

| Name of Person Reporting | Date of Report |
|---|---|
| DOLORES K. SLOVITER | 5/15/09 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544